```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 15306
    GERELL HUDSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5149


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/16/2008 and was confirmed 08/20/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC       17454.84         90.39         260.26
CAPITAL ONE AUTO FINANCE  UNSECURED         NOT FILED            .00            .00
HARVEY WATER DEPT         SECURED NOT I           .00            .00            .00
WELLS FARGO FINANCIAL IL  CURRENT MORTG          .00            .00            .00
COOK COUNTY TREASURER     SECURED             3700.00            .00          45.00
BROTHER LOAN & FINANCE C  UNSECURED           1319.86            .00            .00
BUDS AMBULANCE SERVICE    UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         NOT FILED            .00            .00
CBCS                      UNSECURED         NOT FILED            .00            .00
PRONGER SMITH CLINIC      UNSECURED         NOT FILED            .00            .00
CHASE BANK USA            UNSECURED           1821.53            .00            .00
CHECKMATE                 UNSECURED         NOT FILED            .00            .00
CHICAGO TRIBUNE           UNSECURED         NOT FILED            .00            .00
LVNV FUNDING              UNSECURED           5436.95            .00            .00
COMCAST                   UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED            314.19            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           2244.94            .00            .00
HOUSEHOLD BANK            UNSECURED            448.39            .00            .00
MICHAEL R NAUGHTON        UNSECURED            830.36            .00            .00
MENARDS                   UNSECURED         NOT FILED            .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED            .00            .00
NORWEST CAPITAL INVESTME  UNSECURED           1439.57            .00            .00
NICOR GAS                 UNSECURED         NOT FILED            .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED           2036.80            .00            .00
PAYDAY LOAN               UNSECURED         NOT FILED            .00            .00
PRIMARY CARE ASSOC        UNSECURED         NOT FILED            .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED         NOT FILED            .00            .00
SIR FINANCE               UNSECURED           1656.00            .00            .00
UIC PHYSICIANS GROUP      UNSECURED         NOT FILED            .00            .00
US BANK NA                UNSECURED         NOT FILED            .00            .00
AAA CHECKMATE LLC         UNSECURED            206.52            .00            .00
COOK COUNTY TREASURER     NOTICE ONLY       NOT FILED            .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15306 GERELL HUDSON
```

```
WFINANCE                  UNSECURED      NOT FILED              .00              .00
WELLS FARGO FINANCIAL IL  SECURED NOT I   1010.42               .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,464.00                          1,513.63
TOM VAUGHN                TRUSTEE                                             163.82
DEBTOR REFUND             REFUND                                              253.85

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,326.95

PRIORITY                                              .00
SECURED                                            305.26
    INTEREST                                        90.39
UNSECURED                                             .00
ADMINISTRATIVE                                    1,513.63
TRUSTEE COMPENSATION                                163.82
DEBTOR REFUND                                       253.85
                       ---------------    ---------------
TOTALS                   2,326.95             2,326.95
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE    2
        CASE NO. 08 B 15306 GERELL HUDSON